THE PEOPLE OF THE STATE OF NEW YORK v. VINCENZO LEONARDO.— Motion granted. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HAROLD I. STEIN.— Motion granted unless appellant complies with terms of order. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

In the Matter of FRED F. FRENCH and Another.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

JEAN NEWCOMBE v. HARRY VON TILZER and Another.— Motion granted unless appellant complies with terms of order. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

JACOB CASH v. SARAH GOLDBERGER.— Motion granted unless appellant complies with terms of order. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

MARIE O'CONNELL v. SARAH EDMONDS.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

RALPH C. MORGAN v. MARGARET R. MORGAN.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

FRANK ROSELIEB v. E. RUTZLER COMPANY.— Motion granted unless appellant complies with terms of order. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

BELLA RABINOWITZ v. ABRAHAM RABINOWITZ.— Motion granted. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

LENA ROSENBERG v. L. & S. CONSTRUCTION COMPANY.— Motion granted unless appellant complies with terms of order. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

ADOLPH SPEAR & COMPANY v. MABEL C. FOWLER.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

FLORENCE CUNNINGHAM v. CHARLES P. DOELGER.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

CHARLES P. GARRIGUES v. CASUALTY COMPANY OF AMERICA.— Motion granted; question certified. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

In the Matter of JOHN OSSMAN. In the Matter of JOHN OSSMAN.— Motions granted. Orders to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

In the Matter of AMELIA G. CUTTER.— Application denied. Memorandum per curiam. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

NATHANIEL L. CARPENTER v. LIDA M. FLEITMAN.— Motion granted. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

In the Matter of AGOSTINO H. MONTEGRIFFO.— Motion to open proceeding and for rehearing *ab initio* before official referee denied. Order to be